OPINION — AG — ** MILK — PRODUCTS — PASTEURIZATION ** THE PRODUCT SOLD AS "MED-O-MILK" AND DESCRIBED IN YOUR LETTER IS NOT WITHIN THE PROVISIONS OF THE STATE FLUID MARKET MILK LAW (63 O.S. 295.1 [63-295.1] TO 63 O.S. 295.11 [63-295.11] [63-295.11]) AND DOES NOT VIOLATE THE LABELING REQUIREMENTS OF 63 O.S. 295.3 [63-295.3] (CONTAINER MILK, PASTEURIZATION, RAW MILK, PACKAGES, PRODUCER, REFRIGERATION, BEVERAGE) CITE: 63 O.S. 295.1 [63-295.1] 63 O.S. 295.3 [63-295.3] (PUBLIC HEALTH SERVICE MILK CODE) (J. H. JOHNSON)